**UNITED STATES BANKRUPTCY COURT**
NORTERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FULLERTON MOTOR TRUCK SERVICE, INC. | § | Case No. 09-46200 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/01/2013 in Courtroom 613,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**UNITED STATES BANKRUPTCY COURT**
NORTERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FULLERTON MOTOR TRUCK SERVICE, INC. | § | Case No. 09-46200 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 217,517.10 |
| and approved disbursements of | $ | 371.46 |
| leaving a balance on hand of[1] | $ | 217,145.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 14,125.86 | $ 0.00 | $ 14,125.86 |
| Trustee Expenses: Phillip D. Levey | $ 58.32 | $ 0.00 | $ 58.32 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 19,980.00 | $ 0.00 | $ 19,980.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,288.00 | $ 0.00 | $ 1,288.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 35,452.18 |
| Remaining Balance | $ | 181,693.46 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,171.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chicago Truck Drivers Union Pension Fund | $ 36,169.60 | $ 0.00 | $ 36,169.60 |
| 000006 | Chicago Truck Drivers Union Health & Welfare Fund | $ 11,779.56 | $ 0.00 | $ 11,779.56 |
| 000007 | Internal Revenue Service | $ 1,221.86 | $ 0.00 | $ 1,221.86 |

Total to be paid to priority creditors $ 49,171.02

Remaining Balance $ 132,522.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,838,430.73 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,831.72 | $ 0.00 | $ 109.67 |
| 000002 | Aetna Truck Parts, Inc. | $ 305.53 | $ 0.00 | $ 6.94 |
| 000003A | Domestic Linen Supply Co Inc | $ 9,428.00 | $ 0.00 | $ 214.00 |
| 000004 | Auto Mechanics Local 701 Union | $ 227,117.00 | $ 0.00 | $ 5,155.17 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chicago Truck Drivers Union Pension Fund | $ 5,596,748.48 | $ 0.00 | $ 127,036.66 |

Total to be paid to timely general unsecured creditors $ 132,522.44

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 30.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Internal Revenue Service | $ 30.11 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-46200-TAB
Fullerton Motor Truck Service, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: acox Page 1 of 3 Date Rcvd: Aug 29, 2013
Form ID: pdf006 Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2013.

db +Fullerton Motor Truck Service, Inc., 1821 W. 33rd Place, Chicago, IL 60608-6802
14814517 ADT Security Service, Inc., PO Box 371967, Pittsburgh, PA 15250-7967
14814518 Aetna Truck Parts, Inc., 1133 W. Pershing Rd., Chicago, IL 60609-1462
14814519 +Airgas-North Central, c/o D&S, Ltd., 13809 Research Blvd., #800, Austin, TX 78750-1211
14814535 +Alan Levy, Esq., 411 E. Wisconsin Ave., #1800, Milwaukee, WI 53202-4498
16334339 +Auto Mechanics Local 701 Union, and Industry Pension Fund, Johnson & Krol, LLC, 300 S Wacker Drive, Ste 1313, Chicago, IL 60606-6601
14814526 +CSC Creative Systems, Corp., 455 Frontage Road, Suite 315, Burr Ridge, IL 60527-7103
14814522 +Chicago International Trucks, LLC, c/o William G. Schur, 10 S. LaSalle St., #3500, Chicago, IL 60603-1025
14814523 +Chicago Truck Drivers Union, 1645 W. Jackson, Chicago, IL 60612-3276
19063348 #+Chicago Truck Drivers Union Health & Welfare Fund, c/o Thomas J. Angell of, Jacobs, Burns, Orlove & Hernandez, 122 S. Michigan Ave., Suite 1720, Chicago, IL 60603-6145
19063258 #+Chicago Truck Drivers Union Pension Fund, c/o Thomas J. Angell of, Jacobs, Burns, Orlove & Hernandez, 122 S. Michigan Ave., Suite 1720, Chicago, IL 60603-6145
14814524 Chicago Truck Sales & Service, Inc., 5300 W. Plattner Dr., Alsip, IL 60803-3232
14814525 Citgo, c/o Hunter Warfield, 311 W. Dr. Martin Luther King Blvd., Tampa, FL 33607
18437862 +Domestic Linen Supply Co Inc, 30555 Northwestern Hwy Ste 300, Attn M Colton, Farmington Hills, MI 48334-3160
14814527 +Domestic Linen Supply Co Inc, dba Domestic Uniform Rental, Attn M Colton, 30555 Northwestern Hwy, #300, Farmington Hills, MI 48334-3160
14814528 +Elston Ace, 2825 W. Belmont Ave., Chicago, IL 60618-5801
14814521 +Eric M. Brown, Esq., Aronberg, Goldgohn, Davis & Garmisa, 330 N. Wabash, #1700, Chicago, IL 60611-7765
14814529 Exxonmobil, c/o Client Services, Inc., PO Box 1503, Saint Peters, MO 63376-0027
14814531 +Harris Bank, NA, PO Box 6201, Carol Stream, IL 60197-6201
14814530 Kaye Fullerton, PO Box 135, Olmito, TX 78575
14814536 +MTRMA, 2 East Main St., Danville, IL 61832-5844
14814538 +Office Depot Credit Card, c/o Vengroff, Williams & Assoc. Inc, PO Box 4155, Sarasota, FL 34230-4155
14814540 +Paulson Oil Company, c/o Karlovec Meenan LLP, 53 W. Jackson Blvd., #1102, Chicago, IL 60604-3570
14814541 +Peter Shannon & Co., 6412 Joliet Road, Suite 1, Countryside, IL 60525-4662
14814543 +Pitney Bowes Global Financial Svcs, c/o Law Offices of Michael D. Weis, PO Box 1166, Northbrook, IL 60065-1166
14814544 Shell Commercial, c/o Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-4047
14814545 +State of Illinois, Department of Labor, 760 N. LaSalle St., C-1300, Chicago, IL 60654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

14814520 E-mail/Text: HWIBankruptcy@hunterwarfield.com Aug 30 2013 01:56:05 BP Amoco, c/o Hunter Warfield, 3111 W. Dr. Martin Luther King Blvd, Tampa, FL 33607
19773849 +E-mail/Text: cio.bncmail@irs.gov Aug 30 2013 01:39:45 Department of Treasury-Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
16027542 E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2013 01:59:07 Discover Bank, DFS Services LLC, PO Box 3025, New Albany OH 43054-3025
15282539 +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2013 01:59:07 Discover Business Card, PO Box 3023, New Albany, OH 43054-3023
14814532 E-mail/Text: bankruptcy@proconsrv.com Aug 30 2013 01:54:53 Home Depot Commercial, c/o Pro Consulting Services, Inc., PO Box 66768, Houston, TX 77266-6768
14814533 E-mail/Text: cio.bncmail@irs.gov Aug 30 2013 01:39:45 Internal Revenue Service, Ogden, UT 84201-0038
14814534 +E-mail/Text: bknotices@mbandw.com Aug 30 2013 02:57:30 Konica Minolta Business Solutions, c/o McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807
14814537 E-mail/Text: EBN.Navistar@navistar.com Aug 30 2013 01:55:14 Navistar Financial Corp., PO Box 4024, Schaumburg, IL 60168-4024
14814542 E-mail/Text: bankruptcy@proconsrv.com Aug 30 2013 01:54:53 Phillips Commercial, c/o Pro Consulting Services, Inc., PO Box 66768, Houston, TX 77266-6768

TOTAL: 9

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

14814539 Office Max

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2013 at the address(es) listed below:

Eugene Crane on behalf of Debtor Fullerton Motor Truck Service, Inc. ecrane@craneheyman.com, jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com

Jeffrey A Krol on behalf of Creditor Auto Mechanics Local 701 Union and Industry Pension Fund jeffkrol@johnsonkrol.com

Joseph E Mallon on behalf of Creditor Auto Mechanics Local 701 Union and Industry Pension Fund mallon@johnsonkrol.com, gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

Phillip D Levey, ESQ on behalf of Accountant Popowcer Katten, Ltd levey47@hotmail.com, plevey@ecf.epiqsystems.com

Phillip D Levey, ESQ on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com, plevey@ecf.epiqsystems.com

Phillip D Levey, ESQ levey47@hotmail.com, plevey@ecf.epiqsystems.com

Thomas J. Angell on behalf of Creditor Chicago Truck Drivers, Helpers and Warehouse Workers Union (Independent) Health and Welfare Fund ("CTDU Health and Welfare Fund") tangell@jbosh.com

Thomas J. Angell on behalf of Creditor Chicago Truck Drivers, Helpers and Warehouse Workers Union (Independent) Pension Fund ("CTDU Pension Fund") tangell@jbosh.com

William P Callinan on behalf of Creditor Auto Mechanics Local 701 Union and Industry Pension Fund william@johnsonkrol.com

TOTAL: 10