UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| FULLERTON MOTOR TRUCK SERVICE, INC. | § | Case No. 09-46200 |
| | § § | |
| Debtor(s) | | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris N.A. PO Box 6201 Carol Stream, Il 6197-6201 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Ogden, UT 84201-0038 | | | | | |
| 000006 | CHICAGO TRUCK DRIVERS UNION HEALTH | | | | | |
| 000005 | CHICAGO TRUCK DRIVERS UNION PENSION | | | | | |
| 000007 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Service, Inc. PO Box 371967 Pittsburgh, PA 15250-7967 | | | | | |
| | Aetna Truck Parts, Inc. 1133 W. Pershing Rd. Chicago, IL 60609-1462 | | | | | |
| | Airgas-North Central c/o D&S, Ltd. 13809 Research Blvd., #800 Austin, TX 78750 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alan Levy, Esq. 411 E. Wisconsin Ave., #1800 Milwaukee, Wi 53202 | | | | | |
| | BP Amoco c/o Hunter Warfield 3111 W. Dr. Martin Luther King Blvd Tampa, FL 33607 | | | | | |
| | CSC Creative Systems, Corp. 455 Frontage Road, Suite 315 Burr Ridge, IL 60527 | | | | | |
| | Chicago International Trucks, LLC c/o William G. Schur 10 S. LaSalle St. #3500 Chicago, IL 60603 | | | | | |
| | Chicago Truck Drivers Union 1645 W. Jackson Chicago, IL 60612 | | | | | |
| | Chicago Truck Sales & Services, Inc. 5300 W Plattner Dr. Alsip, IL 60803-3232 | | | | | |
| | Citgo c/o Hunter Warfield 311 W. Dr. Martin Luther King Blvd. Tampa, FL 33607 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Domestic Uniform Rental Company c/o Jayson M Colton 30555 northwestern Hwy, #300 Farmington, MI 48334 | | | | | |
| | Elston Ace 2825 W. Belmont Ave. Chicago, IL 60618 | | | | | |
| | Eric M Brown, Esq. Aronberg, Goldgohn, Davis & Garmisa 330 N. Wabash, #1700 Chicago, IL 60611 | | | | | |
| | Exxonmobil c/o Client Services, Inc. PO Box 1503 Saint Peters, MO 63376-0027 | | | | | |
| | Harris Bank, NA PO Box 6201 Carol Stream, IL 60197 | | | | | |
| | Home Depot Commercial c/o Pro Consulting Services, inc. PO Box 66768 Houston, TX 77266-6768 | | | | | |
| | Kaye Fullerton PO Box 135 Olmito, TX 78575 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Konica Minolta Business Solutions c/o McCarthy, Burgess & Wolff 26000 Cannon Road Cleveland, OH 44146 | | | | | |
| | MTRMA 2 East Main St. Danville, IL 61832 | | | | | |
| | Navistar Financial Corp PO Box 4024 Schaumburg, IL 60168-4024 | | | | | |
| | Office Depot Credit Card c/o Vengroff, Williams & Assoc. Inc. PO Box 4155 Sarasota, FL 34230-4255 | | | | | |
| | Office Max | | | | | |
| | Paulson Oil Company c/o Karlovec Meenan LLP 53 W. Jackson Blvd., #1102 Chicago, IL 60604 | | | | | |
| | Peter Shannon & Co 6412 Joliet Road, Suite 1 Countryside, IL 60525 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Phillips Commercial c/o Pro Consulting Services, Inc. PO Box 66768 Houston, TX 77266-6768 | | | | | |
| | Pitney bowes Global Financial Svcs c/o Law Offices of Michael D Weis PO Box 1166 Northbrook, IL 60065 | | | | | |
| | Shell Commercial c/o Client Services, In.c 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | | | | |
| | State of Illinois Department of Labor 760 N. LaSalle St., C-1300 Chicago, IL 60601 | | | | | |
| 000002 | AETNA TRUCK PARTS, INC. | | | | | |
| 000004 | AUTO MECHANICS LOCAL 701 UNION | | | | | |
| 000005 | CHICAGO TRUCK DRIVERS UNION PENSION | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | DOMESTIC LINEN SUPPLY CO INC | | | | | |
| 000007 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-46200 TB Judge: TIMOTHY A. BARNES  
Case Name: FULLERTON MOTOR TRUCK SERVICE, INC.

Trustee Name: Phillip D. Levey  
Date Filed (f) or Converted (c): 12/07/09 (f)  
341(a) Meeting Date: 01/15/10  
Claims Bar Date: 11/18/10

For Period Ending: 07/19/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris Bank Account | 751.00 | 751.00 | | 0.00 | FA |
| 2. Birchwood Investments, LLC - Accounts Receivable | 358.93 | 358.93 | | 0.00 | FA |
| 3. Business License | 0.00 | 0.00 | | 0.00 | FA |
| 4. Office Equipment | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Causes of Action (u) | Unknown | 0.00 | | 217,500.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.10 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,109.93 | $2,109.93 | | $217,517.10 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46200 -TB | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | FULLERTON MOTOR TRUCK SERVICE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2739  Checking |
| Taxpayer ID No: | *******4529 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 217,328.76 | | 217,328.76 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 183.12 | 217,145.64 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 10/09/13 | 010002 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | 2100-000 | | 14,125.86 | 203,019.78 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL  60614 | | | | | |
| 10/09/13 | 010003 | PHILLIP D. LEVEY | Chapter 7 Expenses | 2200-000 | | 58.32 | 202,961.46 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL  60614 | | | | | |
| 10/09/13 | 010004 | Phillip D. Levey | ATTORNEY FEES | 3110-000 | | 19,980.00 | 182,981.46 |
| 10/09/13 | 010005 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 1,288.00 | 181,693.46 |
| | | 35 East Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago, IL  60601 | | | | | |
| 10/09/13 | 010006 | Chicago Truck Drivers Union Pension Fund | Claim 000005, Payment 100.00000% | 5400-000 | | 36,169.60 | 145,523.86 |
| | | c/o Thomas J. Angell of | | | | | |
| | | Jacobs, Burns, Orlove & Hernandez | | | | | |
| | | 122 S. Michigan Ave., Suite 1720 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 10/09/13 | 010007 | Chicago Truck Drivers Union Health & Welfare Fund | Claim 000006, Payment 100.00000% | 5400-000 | | 11,779.56 | 133,744.30 |
| | | c/o Thomas J. Angell of | | | | | |
| | | Jacobs, Burns, Orlove & Hernandez | | | | | |
| | | 122 S. Michigan Ave., Suite 1720 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 10/09/13 | 010008 | Internal Revenue Service | Claim 000007, Payment 100.00000% | 5800-000 | | 1,221.86 | 132,522.44 |
| | | P.O. Box 7317 | | | | | |
| | | Philadelphia, PA  19101-7346 | | | | | |
| 10/09/13 | 010009 | Discover Bank | Claim 000001, Payment 2.26979% | 7100-000 | | 109.67 | 132,412.77 |

Page Subtotals        217,328.76        84,915.99

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46200 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | FULLERTON MOTOR TRUCK SERVICE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2739 Checking |
| Taxpayer ID No: | *******4529 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/09/13 | 010010 | DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025<br>Aetna Truck Parts, Inc.<br>1133 W. Pershing Rd.<br>Chicago, IL 60609-1462 | Claim 000002, Payment 2.27146% | 7100-000 | | 6.94 | 132,405.83 |
| 10/09/13 | 010011 | Domestic Linen Supply Co Inc<br>30555 Northwestern Hwy Ste 300<br>Attn M Colton<br>Farmington Hills, MI 48334 | Claim 000003A, Payment 2.26983% | 7100-000 | | 214.00 | 132,191.83 |
| 10/09/13 | 010012 | Auto Mechanics Local 701 Union<br>and Industry Pension Fund<br>Johnson & Krol, LLC<br>300 S Wacker Drive, Ste 1313<br>Chicago, IL 60606 | Claim 000004, Payment 2.26983% | 7100-000 | | 5,155.17 | 127,036.66 |
| 10/09/13 | 010013 | Chicago Truck Drivers Union Pension Fund<br>c/o Thomas J. Angell of<br>Jacobs, Burns, Orlove & Hernandez<br>122 S. Michigan Ave., Suite 1720<br>Chicago, IL 60603 | Claim 000005, Payment 2.26983% | 7100-000 | | 127,036.66 | 0.00 |

Page Subtotals 0.00 132,412.77

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46200 -TB | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | FULLERTON MOTOR TRUCK SERVICE, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2739 Checking |
| Taxpayer ID No: | *******4529 | | | |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 217,328.76 | 217,328.76 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 217,328.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 217,328.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 217,328.76 | |

Page Subtotals 0.00 0.00

Ver: 17.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46200 -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | FULLERTON MOTOR TRUCK SERVICE, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6079 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4529 | | | |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/16/11 | 5 | Birchwood Investments | Settlement-Fraudulent conveyance | 1249-000 | 217,500.00 | | 217,500.00 |
| | | | Bank Serial #: 000000 | | | | |
| * 11/16/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-003 | | 10.00 | 217,490.00 |
| 11/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.89 | | 217,490.89 |
| 12/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.84 | | 217,492.73 |
| 01/31/12 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.85 | | 217,494.58 |
| 02/29/12 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.72 | | 217,496.30 |
| * 03/26/12 | | Reverses Adjustment OUT on 11/16/11 | BANK SERVICE FEE | 2600-003 | | -10.00 | 217,506.30 |
| | | | Bank never charged fee despite notice re same. | | | | |
| 03/30/12 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.83 | | 217,508.13 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 188.34 | 217,319.79 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/30/12 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.79 | | 217,321.58 |
| 05/31/12 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.84 | | 217,323.42 |
| 06/29/12 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.77 | | 217,325.19 |
| 07/31/12 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.85 | | 217,327.04 |
| 08/30/12 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.72 | | 217,328.76 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 217,328.76 | 0.00 |

Page Subtotals   217,517.10   217,517.10

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-46200 -TB |
| Case Name: | FULLERTON MOTOR TRUCK SERVICE, INC. |
| Taxpayer ID No: | *******4529 |
| For Period Ending: | 11/07/13 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6079 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 217,517.10 | 217,517.10 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 217,328.76 | |
| | | | Subtotal | | 217,517.10 | 188.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 217,517.10 | 188.34 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - ********2739 | 0.00 | 217,328.76 | 0.00 |
| Money Market Account (Interest Earn - ********6079 | 217,517.10 | 188.34 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 217,517.10 | 217,517.10 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*